[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION
After trial, the court finds for the plaintiffs on their claim that the defendant failed to complete the construction work on plaintiffs' home in a workmanlike manner and in accordance with the contract specifications. The court finds against the defendant on his special defense.
As damages the plaintiffs are awarded the following:
1. Credit for closet shelving provided by plaintiffs $ 123.31
2. Credit for ironing board provided by plaintiffs 229.56
3. Replacement of fireplace clean out and damper handle 25.00
4. Credit for three glass shower doors 1,518.00
5. Materials and labor for sealing around windows and doors 195.07
6. Credit for expansion joints not CT Page 10670 installed 107.36
7. Credit for failure to install eight-foot ceilings in designated rooms and areas 1,035.00
8. Credit for soffit not installed in family room 450.00
9. Materials and labor for louver not installed in basement 145.00
10. Credit for closet not installed in exercise room 215.00
11. Materials and labor to finish floor and trim in laundry chute 115.00
12. Replacement of inoperable windows in family room and master bedroom 970.00
13. Replace two roof shingles 50.00
14. Finish cedar trim around garage doors 50.00
15. Repair cracked cedar under bow window 50.00
16. Clean taping compound 35.00
17. Clean stain on front window 35.00
18. Remove nails in chimney 35.00
19. Remove tar paper under chimney cap 35.00
20. Waterproof and patch tie rods 165.00
21. Replace screen door on slider 117.00
22. Repair trim around garage doors 130.00
23. Replace aluminum flashing at chimney with lead flashing 150.00
24. Remove overspray from brick 135.00 CT Page 10671
25. Grout beam pockets 50.00
26. Repair taping and compounding throughout house 1,500.00
27. Sand and refinish oak flooring 4,500.00
28. Repair and putty holes in trim 800.00
29. Painting made necessary by wall and trim repair and floor refinishing 2,500.00
TOTAL $15,415.30
Judgment is entered for the plaintiffs on the complaint for $15,415.30 plus costs. The defendant filed a counterclaim in this action alleging that there is a balance due to him on the construction contract of $4,000.00. This was admitted by the plaintiffs at trial. Judgment is entered for the defendant for $4,000.00.
Christine S. Vertefeuille, Judge